**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

RICHARD R. HOLLEY, JR., :

Plaintiff, :

v. :

DAVOL INC. and C.R. BARD, INC., :

Defendants. :

-----------------------------------------------------X

Case No.: ______________

**CORPORATE DISCLOSURE STATEMENT**

C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: February 28, 2008

Respectfully submitted,

PEPPER HAMILTON LLP

Suzanne M. D'Amico
Pepper Hamilton LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018
Phone: (212) 808-2710
Fax: (212) 286-9806
damicos@pepperlaw.com

ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT
C.R. BARD, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2008, a copy of the foregoing Corporate Disclosure Statement was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of same has been made upon the following in the manner listed below:

Brian A. Goldstein, Esq.
CELLINO & BARNES, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202-3290

*Certified Mail (Return Receipt Requested)*

BY: /s/ Suzanne M. D'Amico
Suzanne M. D'Amico.