**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, a copy of the foregoing Answer and Affirmative Defenses and Jury Demand has been made upon the following by first class mail:

Brian A. Goldstein, Esq.
CELLINO & BARNES, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202-3290

BY: /s/ Suzanne M. D'Amico
Suzanne M. D'Amico