UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RICHARD R. HOLLEY, JR.

Plaintiff(s)

-vs-

CIVIL CASE
REFERRAL ORDER

08-Cv-6097

DAVOL, INC.,
C.R. BARD, INC.

Defendant(s)

---

Pursuant to 28 U.S.C. §636(b) (1) (A) and (B), the following pre-trial matters are referred to the Honorable Marian W. Payson, United States Magistrate Judge:

[ X ] supervision of pre-trial discovery disputes;

[ X ] supervision of pre-trial discovery;

[ X ] supervision of settlement discussions;

[ X ] issuance of all pre-trial scheduling orders and amendments thereto, pursuant to Fed. R. Civ. P. 16;

[ X ] motions for appointment of counsel

[ X ] all non-dispositive motions or applications including those to amend the pleadings;

[ ] motions for injunctive relief;

[ ] motions for judgment on the pleadings;

[ ] summary judgment motions;

[ ] motions to dismiss or permit maintenance of a class action;

[ ] motions to dismiss for failure to state a claim upon which relief can be granted;

[ ] motions to involuntarily dismiss an action.

In accordance with this Referral Order, all motions or applications shall be filed with the Clerk and made returnable before the Magistrate Judge.

The parties are encouraged to consider the provisions of 28 U.S.C. §636(c), which allow the parties to consent to disposition of the case, including a trial if necessary, by the Magistrate Judge. The parties may obtain the necessary instructions and forms from the Chambers of the Magistrate Judge or from the Office of the Clerk.

SO ORDERED.

S/ MICHAEL A. TELESCA
MICHAEL A. TELESCA
United States District Judge

Dated: Rochester, New York
March 12, 2008