CASREF, CLOSED, CLOSED_2008

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
## CIVIL DOCKET FOR CASE #: 6:08−cv−06097−MAT−MWP

Holley v. Davol Inc. et al
Assigned to: Hon. Michael A. Telesca
Referred to: Hon. Marian W. Payson
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 03/03/2008
Date Terminated: 04/21/2008
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Richard R. Holley, Jr.** represented by **Brian A. Goldstein**
The Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202−3290
716−566−2269
Fax: 716−856−7817
Email: brian.goldstein@cellinoandbarnes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.** represented by **Suzanne Marie D'Amico**
Pepper Hamilton, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
212−808−2710
Fax: 212−286−9806
Email: damicos@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Suzanne Marie D'Amico**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2008 | Ï 1 | NOTICE OF REMOVAL by Davol Inc. and C.R. Bard, Inc. from the Supreme Court of the State of New York, County of Monroe, case number 1481/08 (Filing fee $350 receipt number BUF006760), filed by Davol Inc. and C.R. Bard, Inc.(JHF) (Entered: 03/11/2008) |

| | | |
|---|---|---|
| 03/03/2008 | Ï 2 | CORPORATE DISCLOSURE STATEMENT by Davol Inc. and C.R. Bard, Inc. (JHF) (Entered: 03/11/2008) |
| 03/11/2008 | Ï 3 | ANSWER to Complaint by Davol Inc., C.R. Bard, Inc..(D'Amico, Suzanne) (Entered: 03/11/2008) |
| 03/11/2008 | Ï 4 | CERTIFICATE OF SERVICE by Davol Inc., C.R. Bard, Inc. re 3 Answer to Complaint (D'Amico, Suzanne) (Entered: 03/11/2008) |
| 03/12/2008 | Ï 5 | ORDER REFERRING CASE to Magistrate Judge Hon. Marian W. Payson. Signed by Hon. Michael A. Telesca on March 12, 2008. (MS) (Entered: 03/12/2008) |
| 03/26/2008 | Ï 6 | ORDER (Scheduling Conference set for 4/24/2008 10:40 AM before Hon. Marian W. Payson.) Signed by Hon. Marian W. Payson on 3/26/2008. (KAH) (Entered: 03/27/2008) |
| 04/17/2008 | Ï | NOTICE: Scheduling Conference set for 4/24/2008 is adjourned without date pending transfer to the Multidistrict Litigation Panel. (KAH) (Entered: 04/17/2008) |
| 04/21/2008 | Ï 7 | ORDER Certified copy of Transfer ORDER from Multidistrict Litigation Panel in Washington, D. C. transferring case to the District of Rhode Island. (RE) (Entered: 04/22/2008) |